Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by FANNIE SALTZMAN, Dependent Mother, and Another, Respondents, for the Death of ROY SALTZMAN, Her Son, v. NEW ENGLAND THEATRE COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CLIFFORD GORDON, Respondent, for Compensation under the Workmen's Compensation Law, v. C. F. MILLER and F. F. TAYLOR, Trustees, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by SALVATORE TRISCARI, Respondent, v. HURON STEVEDORING CORPORATION, Employer and Self-Insurer, Appellant.—Award reversed and claim dismissed on the authority of *Knickerbocker Ice Co.* v. *Stewart* (253 U. S. 149). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GRACE O. MOORE, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of ROBERT MOORE, v. RUBIN & GOLDSTEIN, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.—Award modified by striking therefrom provisions made for the payment of death benefits to the mother of the deceased, on the ground that the dependency was not shown, and as thus modified unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WALTER H. PURSELL, Respondent, for Compensation under the Workmen's Compensation Law, v. G. LEVOR & COMPANY, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

EDWARD G. PAHL, Respondent, v. JOHN BISON, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Lasher* v. *Bolton's Sons* (161 App. Div. 381). All concur, except John M. Kellogg, P. J., and Cochrane, J., dissenting.

MAX PALMEDO, Appellant, v. WALTON REPORTER COMPANY, Respondent. — Order unanimously affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice A. L. Kellogg at Special Term. [Reported in 112 Misc. Rep. 729.]